STATE v. AGER

No. 528A02

Case below: 152 N.C. App. 577

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 December 2002. Petition defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 19 December 2002.

STATE v. ALLAH

No. 590P02

Case below: 153 N.C. App. 524

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

STATE v. BECTON

No. 623P02

Case below: 154 N.C. App. 520

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 December 2002.

STATE v. BUCKNER

No. 444A93-3 and 4

Case below: Gaston County Superior Court

Petition by defendant pro se for rehearing on defendant's writ of certiorari for discretionary review of trial court's decision on defendant's motion for appropriate relief dismissed 19 December 2002. Petition by defendant pro se for writ of certiorari to review the order of the Superior Court, Gaston County, (Filed as Appeal of State Application for Writ of Habeas Corpus Pursuant to Chapter 17) dismissed 19 December 2002.